**Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00830-CV

## IN THE INTEREST OF A.V.P., A MINOR CHILD,

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2009-28202**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 20, 2014. The clerk's record was filed November 5, 2014. No brief was filed.

On February 26, 2015, this court issued an order stating that unless appellant submitted a brief on or before March 26, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.